**FIFTH DIVISION**
**ANDREWS, P. J.,**
**MCFADDEN and RAY, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**December 16, 2016**

# In the Court of Appeals of Georgia

A14A1548, A14A1549. UNITED CEREBRAL PALSY OF McF-080, GEORGIA, INC. et al. v. GEORGIA DEPARTMENT OF McF-081 BEHAVIORAL HEALTH AND DEVELOPMENTAL DISABILITIES et al.

MCFADDEN, Judge.

In *Ga. Dept. of Behavioral Health and Developmental Disabilities v. United Cerebral Palsy of Ga.*, 298 Ga. 779 (784 SE2d 781) (2016)*,* the Supreme Court of Georgia reversed this court's decision in *United Cerebral Palsy of Ga. v. Ga. Dept. of Behavioral Health and Developmental Disabilities*, 331 Ga. App. 616 (771 SE2d 251) (2015). Accordingly, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the trial court's judgment.

*Judgment affirmed. Andrews, P.J., and Ray, J., concur*.